ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 20 2016
CLERK, U.S. DISTRICT COURT
By RAN
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

MARK ISAAC YETTER

No. 3-16CR-0024M

INDICTMENT

The Grand Jury Charges:

Count One
Transporting and Shipping Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(1))

From on or about June 24, 2015, and continuing through on or about August 24, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **Mark Isaac Yetter,** knowingly transported and shipped child pornography using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer. Specifically, he used his cellular telephone and the Internet to send and transmit to a cloud account files of minors engaged in sexually explicit conduct and the lewd and lascivious exhibition of the genitals of minors, as defined in 18 U.S.C. § 2256, including the following described image:

| **File Name:** | **Description:** |
|---|---|
| 2014-01-14 08.46.28(1).jpg/large.jpg | Lewd and lascivious image depicting a nude minor girl lying on her back with her legs lifted in the air. The girl's legs are spread exposing her genitals. |

In violation of 18 U.S.C. § 2252A(a)(1).

Count Two
Possession of Prepubescent Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(5)(B))

On or about August 26, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **Mark Isaac Yetter,** knowingly possessed material which contains images of child pornography, as defined in 18 U.S.C. § 2256(8), that involved prepubescent minors and minors who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; shipped and transported in and affecting interstate and foreign commerce, and were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, including by computer. Included on his Samsung Android cellular telephone were the following images:

| **File Name:** | **Description**: |
|---|---|
| 2014-11-10 18.37.40.jpg/960x640_bestfit.jpg | Image file of a naked prepubescent girl lying on her back up against a blue couch with her legs spread exposing her genitals in a lewd and lascivious manner. |
| 2014-11-03 01.14.06.jpg/960x640_bestfit.jpg | Image file of a naked prepubescent girl who is lying on her back with a red plaid cloth under her head. The erect penis of an adult male is penetrating the anus of the prepubescent female. |
| Photo Aug 10, 18 25 17.jpg/960x640_bestfit.jpg | Image file depicting a prepubescent female who is lying on her back with her legs up in the air and is holding her panties around her thighs with one hand and exposing her genitals in a lewd and lascivious manner. |

| File Name: | Description: |
|---|---|
| Photo Aug 17, 5 58 29.jpg/960x640_bestfit.jpg | Image file of an infant who is lying on her back and her legs are spread open. A diaper can be observed under the infant. The fingers of an adult male can be observed spreading open the genitals of the infant exposing the genitals in a lewd and lascivious manner. |

In violation of 18 U.S.C. § 2252A(a)(5)(B).

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of any of the offenses alleged in Counts One and Two and pursuant to 18 U.S.C. § 2253(a), the defendant, **Mark Isaac Yetter**, shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. §§ 2252A, and 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property. The above-referenced property subject to forfeiture from the previously-mentioned defendant includes, but is not limited to, any interest in the following: one Samsung Android cellular telephone bearing serial number R28G61ZG7FE.

A TRUE BILL

FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

Andrew O. Wirmani
Assistant United States Attorney
Texas State Bar No. 24052287
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
andrew.wirmani@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

MARK ISAAC YETTER **3-16CR-0024M**

---

INDICTMENT

18 USC § 2252A(a)(1)
Transporting and Shipping Child Pornography

18 USC § 2252A(a)(5)(B)
Possession of Prepubescent Child Pornography

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 20th day of January, 2016.

Clerk

**Warrant to be Issued - In State Custody**

UNITED STATES MAGISTRATE JUDGE